IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CSR plc,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BROADCOM CORP.,<br><br>　　　　　　Defendant. | No. 10-cv-876-SLR |

**DECLARATION OF SCOTT D. POMERANTZ
IN SUPPORT OF BROADCOM'S MOTION TO DISMISS**

I, Scott D. Pomerantz, declare as follows:

1. I am Vice President at Broadcom Corporation ("Broadcom") and the General Manager of the division responsible for GPS-related products, Global Navigation Satellite Systems. I joined Broadcom in July 2007, in conjunction with Broadcom's acquisition of Global Locate, Inc. on or about that date.

2. I submit this declaration in support of Broadcom's motion to dismiss for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2).

3. I understand that CSR plc has filed a complaint in the District of Delaware alleging that Broadcom's BCM4750, BCM4751, BCM4760, BCM2075, BCM20751, and Hammerhead II semiconductor products (collectively, "Accused Products") infringe four of CSR's patents.

4. I have personal knowledge concerning the scope of Broadcom's operations and general business practice relating to the Accused Products, including the allocation of resources, marketing, advertising, sale, manufacture and distribution of Broadcom's products.

5. Broadcom is a corporation organized and existing under the laws of the State of California and has its principal place of business (headquarters) at 5300 California Ave., Irvine, California 92617. The management of the company, the vast majority of its documents, and the vast majority of its employees are all based at the company's eight-building headquarters in Irvine, California.

6. Broadcom has no offices in Delaware. Broadcom does not own, lease, use or otherwise possess any real or personal property in Delaware. Broadcom has no employees in Delaware. Broadcom has no registered agent for service of process in the State of Delaware and it is not registered to conduct business in Delaware.

7. The vast majority of Broadcom's products, including the Accused Products, are manufactured and sold overseas. Broadcom does not sell any of the Accused Products in Delaware. To the extent any Accused Products may be sold in Delaware, they would be sold by third parties that have purchased Broadcom products elsewhere. Broadcom does not control, and generally would not have any knowledge, whether or how any particular Accused Products might be introduced into Delaware once they have left Broadcom's control.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:   December 7, 2010
         Wyckoff, New Jersey

                                             _____
                                             Scott D. Pomerantz

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2010, I caused to be served by **electronic mail** copies of the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Richard D. Kirk | rkirk@bayardlaw.com |
| Stephen B. Brauerman | sbrauerman@bayardlaw.com |

Bayard P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

I further certify that on December 8, 2010, I caused to be served by **electronic mail** copies of the foregoing document upon the following counsel of record:

| | |
|---|---|
| Ralph A. Mittelberger | mittelberger.ralph@arentfox.com |
| Janine A. Carlan | carlan.janine@arentfox.com |
| Anthony W. Shaw | shaw.anthony@arentfox.com |
| Juliana Haydoutova | haydoutova.juliana@arentfox.com |
| Aziz Burgy | burgy.aziz@arentfox.com |
| Timothy W. Bucknell | bucknell.timothy@arentfox.com |
| Demetria A. Buncum | buncum.demetria@arentfox.com |
| Joshua T. Morris | morris.anthony@arentfox.com |
| Taniel E. Anderson | anderson.taniel@arentfox.com |

Arent Fox LLP
1050 Connecticut Avenue, NW
Washington, DC  20036-5339

                                                  */s/ Stephen M. Ferguson*
                                                  Stephen M. Ferguson (#5167)
                                                  ferguson@rlf.com