# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CSR plc,** | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 10-876-SLR-MPT |
| | ) | |
| v. | ) | |
| | ) | |
| **BROADCOM CORP.,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## APPLICATION OF PLAINTIFF CSR plc FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, plaintiff CSR plc ("CSR") makes application for oral argument on defendant Broadcom Corp.'s Motion to Transfer to Central District of California (D.I. 6). Briefing is complete (D.I. 7, D.I. 16, and D.I. 22).

December 10, 2010

BAYARD, P.A.

OF COUNSEL:

/s/ *Richard D. Kirk*
Richard D. Kirk (rk0922)
Ralph A. Mittelberger
Stephen B. Brauerman (sb4952)
Janine A. Carlan
222 Delaware Avenue, Suite 900
Anthony W. Shaw
P.O. Box 25130
Juliana Haydoutova
Wilmington, DE 19899
Aziz Burgy
rkirk@bayardlaw.com
Timothy W. Bucknell
sbrauerman@bayardlaw.com
Demetria A. Buncum
(302) 429-4208
J.T. Morris
Taniel E. Anderson
Attorneys for Plaintiff CSR plc
Arent Fox LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5339
(202) 857-6000