# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CSR plc,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 10-876-SLR-MPT |
| | ) | |
| **BROADCOM CORP.,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 17, 2010, copies of (1) PLAINTIFF CSR plc's FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT BROADCOM CORP. (NOS. 1-34) and (2) this NOTICE OF SERVICE were served as shown below:

BY EMAIL AND BY HAND:

Frederick L. Cottrell, III
Stephen M. Ferguson
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE  19801


BY EMAIL AND U.S. MAIL

William F. Lee
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, Massachusetts 02019

David B. Bassett
David A. Manspeizer
Brian A. Sutherland
Nicole E. Feit
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, New York 10022

December 17, 2010

OF COUNSEL:

Ralph A. Mittelberger
Janine A. Carlan
Anthony W. Shaw
Juliana Haydoutova
Aziz Burgy
Timothy W. Bucknell
Demetria A. Buncum
J.T. Morris
Taniel E. Anderson
Arent Fox LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5339
(202) 857-6000

BAYARD, P.A.

/s/ *Richard D. Kirk*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
(302) 429-4208

Attorneys for Plaintiff CSR plc