UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| CSR plc,<br><br>        Plaintiff,<br><br>v.<br><br>BROADCOM CORP.,<br><br>        Defendant. | C.A. No. 10-876-SLR-MPT |

### DECLARATION OF JULIANA HAYDOUTOVA

I, Juliana Haydoutova, declare the following:

1. I am over eighteen years old, competent to testify, and have personal knowledge of the facts set forth in this declaration.

2. I am an attorney at Arent Fox LLP in Washington, DC. I am counsel for CSR, plc in this litigation. I am a member in good standing of the District of Columbia and New York Bars.

3. I received the following products from Richard Kirk on or about June 2010:

   a. Samsung Sunburst A697 GSM

   b. TomTom Go 740 Live

4. The Samsung Sunburst A697 GSM contained a Broadcom BCM 4750 semiconductor product.

5. The TomTom Go 740 Live contained a Broadcom BCM 4750 semiconductor product.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON December 21, 2010, in Washington, DC.

                                                  Juliana Haydoutova, Esq.