IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CSR plc,<br><br>Plaintiff,<br><br>v.<br><br>Broadcom Corp.,<br><br>Defendant. | C. A. No. 10-876-SLR-MPT |

**STIPULATION AND PROPOSED ORDER**

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, that the time for Defendant Broadcom Corp. to reply to Plaintiff's Answering Brief in Opposition to Broadcom's Motion to Dismiss for Lack of Personal Jurisdiction (D.I. 30) is extended until January 18, 2011.

| | |
|---|---|
| */s/ Richard D. Kirk*<br>Richard D. Kirk (#922)<br>rkirk@bayardlaw.com<br>Stephen B. Brauerman (#4952)<br>sbrauerman@bayardlaw.com<br>Bayard, P.A.<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, Delaware 19899<br>302-655-5000<br>    *Attorneys for Plaintiff CSR plc* | */s/ Stephen M. Ferguson*<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Stephen M. Ferguson (#5167)<br>ferguson@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>302-651-7700<br>    *Attorneys for Defendant Broadcom Corp.* |

Dated: December 28, 2010

SO ORDERED this ___ day of _____, 2010.

_____
Honorable Sue L. Robinson