# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CSR plc, <br><br> Plaintiff, <br><br> v. <br><br> BROADCOM CORP., <br><br> Defendant. | C.A. No. 10-876-SLR |

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff, CSR plc ("CSR"), and the defendant, Broadcom Corporation ("Broadcom"), that all claims asserted herein by CSR shall be dismissed without prejudice. Each party shall bears its own costs and attorneys' fees.

| | |
|---|---|
| */s/ Richard D. Kirk* | */s/ Stephen M. Ferguson* |
| Richard D. Kirk (#0922) | Frederick L. Cottrell, III (#2555) |
| rkirk@bayardlaw.com | cottrell@rlf.com |
| Stephen B. Brauerman (#4952) | Stephen M. Ferguson (#5167) |
| sbrauerman@bayardlaw.com | ferguson@rlf.com |
| Bayard, P.A. | Richards Layton & Finger, P.A. |
| 222 Delaware Avenue, Suite 900 | One Rodney Square |
| P.O. Box 25130 | 920 North King Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |

OF COUNSEL:
Ralph A. Mittelberger
Janine A. Carlan
Anthony W. Shaw
Juliana Haydoutova
Aziz Burgy
Timothy W. Bucknell
Demetria A. Buncum
J.T. Morris
Taniel E. Anderson
Arent Fox LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5339

OF COUNSEL:
William F. Lee
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

David B. Bassett
David A. Manspeizer
Brian A. Sutherland
Nicole E. Feit
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022

SO ORDERED this _____ day of _____, 2011.

_____
Honorable Sue L. Robinson

RLF1 3751198v. 1